Celeste Monroe, OSBA #103190
Kathryn L. Feldman, WSBA #15273
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: 206-223-1313
Email: cmonroe@karrtuttle.com
Email: kfeldman@karrtuttle.com
*Attorney for Defendant*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| PETER GARCIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WATERFALL COMMUNITY HEALTH CENTER, INC., an Oregon Corporation,<br><br>　　　　　Defendant. | NO. 6:20-CV-1800-MC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |

　　　This matter came before the Court upon Defendant's Motion to Dismiss. The Court, having reviewed the files and records herein, and finding good cause:

　　　HEREBY ORDERS that

　　1. Plaintiff's claim arising under the Age Discrimination and Employment Act ("ADEA") is dismissed pursuant to Fed. R. Civ. P. 12(b)(6);

　　2. Plaintiff's claim arising under ORS 659A.030 is dismissed pursuant to Fed. R. Civ. P. 12(b)(6);

　　3. Plaintiff's claim arising under the Americans with Disabilities Act is dismissed pursuant to Fed. R. Civ. P. 12(b);

　　4. Defendant is awarded reasonable attorney fees and costs pursuant to 42 U.S.C. § 12205.

ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS
- 1
#1629652 v1 / 72562-007

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    IT IS SO ORDERED this 22nd day of February 2021.

2

3                                              s/Michael J. McShane
                                              MICHAEL J. MCSHANE
4                                              United States District Judge

5

6

7

8

9

10   Presented By:

11   *s/Celeste Monroe*
     Celeste Monroe, OSBA #103190
12   Kathryn L. Feldman, WSBA #15273
     701 Fifth Avenue, Suite 3300
13   Seattle, Washington 98104
     Telephone: 206-223-1313
14   Email: cmonroe@karrtuttle.com
     Email: kfeldman@karrtuttle.com
15   *Attorney for Defendant*

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS
- 2
#1629652 v1 / 72562-007

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100