IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PETER GARCIA,<br><br>　　　　　　　　Plaintiff,<br><br>　　V.<br><br>WATERFALL COMMUNITY HEALTH CENTER,<br><br>　　　　　　　　Defendant. | 6:20-cv-01800-MC<br><br>JUDGMENT |

Pursuant to the Court's Order (ECF No. 12), this action is dismissed.

Dated this 22nd day of February 2021.

　　　　　　　　　　　　　　　　　　　　 s/Michael J. McShane
　　　　　　　　　　　　　　　　　　　　MICHAEL J. MCSHANE
　　　　　　　　　　　　　　　　　　　　United States District Judge