Celeste Monroe, OSBA #103190
Kathy L. Feldman, WSBA #15273
Maria Y. Hodgins, WSBA #56924
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: 206-223-1313
Email: kfeldman@karrtuttle.com
*Attorneys for Defendant, pro hac vice*

The Honorable Michael J. McShane

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| PETER GARCIA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WATERFALL COMMUNITY HEALTH CENTER, INC., an Oregon Corporation,<br><br>　　　　　　　Defendant. | No. 6:20-CV-1800-MC<br><br>**JUDGMENT** |

　　Before the Court is Defendant Waterfall Community Health Center, Inc.'s ("Defendant") Motion for Entry of Judgment. The Court has reviewed the Motion, the record and files therein, and is full informed. Pursuant to its Opinion and Order dated September 6, 2022, the Court hereby **GRANTS** Defendant Waterfall Community Health Center, Inc.'s ("Waterfall") Motion for Entry of Judgment.

　　Defendant is entitled to recover from Plaintiff Peter Garcia ("Plaintiff") $12,856.50 in attorney fees and $3,997.53 in costs. Defendant is also entitled to recover post-judgment interest from Plaintiff, pursuant to 28 U.S.C. § 1961.

JUDGMENT  – 1 #5263328 v1 /
72562-009

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    DATED   February 9, 2023

2                                    s/Michael J. McShane
                                 Honorable Michael J. McShane
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

JUDGMENT  – 2 #5263328 v1 /
72562-009

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100